IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carlos R. Esparza, ) | No. 07-2410-PHX-ROS (DKD) |
| ) | |
| Petitioner, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Dora B. Schriro, et al., ) | |
| ) | |
| Respondents. ) | |
| ) | |

On November 29, 2007, Petitioner filed a petition for writ of habeas corpus. (Doc. 1). Respondents moved to dismiss the petition. (Doc. 10). On May 19, 2008, Magistrate Judge Jennifer C Guerin issued a Report and Recommendation ("R&R") recommending that the petition for writ of habeas corpus be dismissed. (Doc. 17)  No objections were filed by either party. (The parties have ten days from the date of service of a copy of the R&R within which to file written objections with the Court. See 28 U.S.C. § 636(b)(1); F. R. Civ. P. 72, 6(a), 6(e)).

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). It is "clear that the district judge must review the magistrate judge's findings and recommendations *de novo if objection is made*, but not otherwise." United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) (emphasis in original); Schmidt v. Johnstone, 263 F. Supp. 2d 1219,

1126 (D. Ariz. 2003) ("Following Reyna-Tapia, this Court concludes that *de novo* review of factual and legal issues is required if objections are made, 'but not otherwise.'"). District courts are not required to conduct "any review at all . . . of any issue that is not the subject of an objection." Thomas v. Arn, 474 U.S. 140, 149 (1985). No objection having been made, the Court will adopt the R&R in full.

Accordingly,

**IT IS ORDERED** that the Report and Recommendation (Doc. 17) is **ADOPTED**.

**IT IS FURTHER ORDERED** that the petition for writ of habeas corpus is **DENIED** and **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that this case shall be terminated.

DATED this 12th day of June, 2008.

_____
Roslyn O. Silver
United States District Judge